UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| Telephone Science Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Credit Management, LP,<br><br>    Defendant. | Case No. 2:15-cv-4122<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE TELEPHONE CONSUMER PROTECTION ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

**PARTIES**

1. Plaintiff, Telephone Science Corporation ("Plaintiff" or "TSC"), is a Delaware corporation that maintained its principal place of business in Mount Sinai, New York.

2. Defendant, Credit Management, LP ("Defendant" or "Credit Management"), is a Nevada limited partnership that maintained its principal place of business in Carrollton, Texas, at all times relevant to this action.

**JURISDICTION AND VENUE**

3. Pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction over this matter as it arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

4. Pursuant to 28 U.S.C. § 1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

**BACKGROUND**

*Telephone Science Corporation's Business*

5. TSC operates "Nomorobo," a service designed to help consumers avoid incoming computerized telephone calls that the Federal Trade Commission ("FTC") refers to as "robocalls."

6. The FTC defines a "robocall" as one in which the caller uses a recorded or automated voice. *See* "Consumer Information: Robocalls," http://www.consumer.ftc.gov/articles/0259-robocalls.

7. In 2013, Nomorobo was one of two winners of the FTC's first Robocall Challenge, a public contest to design a system to stop unsolicited telemarketing calls before the calls can ring through to the subscriber of the called telephone number. *See* "FTC Announces Robocall Challenge Winners," https://www.ftc.gov/news-events/press-releases/2013/04/ftc-announces-robocall-challenge-winners.

8. The Nomorobo technology distinguishes between "blacklist" robocaller telephone numbers and "whitelist" numbers associated with acceptable incoming calls. *Id.*

9. As of the date on which this complaint is being filed, the Nomorobo service has helped consumers to avoid over 26 million unwanted robocalls.

10. In addition to providing the Nomorobo service to consumers, TSC maintains a "honeypot" group of telephone numbers, from which TSC is able to gather information related to inbound calls.

11. According to the FTC, a robocall "honeypot" is "an information system designed to attract robocallers, and help law enforcement authorities, researchers, and others gain enhanced insight into robocallers' tactics." *See* "FTC Announces Winners of 'Zapping Rachel'

Robocall Contest," https://www.ftc.gov/news-events/press-releases/2014/08/ftc-announces-winners-zapping-rachel-robocall-contest.

12. In order for TSC's robocall detection algorithm to accurately detect high frequency robocalling patterns, it compiles a large quantity of data related to calls placed to telephone numbers in the TSC "honeypot."

13. The TSC "honeypot" is comprised of thousands of telephone numbers to which TSC subscribes.

14. **Only Credit Management's calls to telephone numbers in the TSC "honeypot" are at issue in this case**.

### Credit Management's Business

15. Credit Management's primary business is the collection of past due debts.

16. In connection with Credit Management's business, Credit Management places telephone calls using a "predictive dialer" and/or an artificial or prerecorded voice.

17. "[A] predictive dialer is equipment that dials numbers and, when certain computer software is attached, also assists telemarketers in predicting when a sales agent will be available to take calls. The hardware, when paired with certain software, has the capacity to store or produce numbers and dial those numbers at random, in sequential order, or from a database of numbers." *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Declaratory Ruling and Order, adopted June 18, 2015, p. 13, ¶ 13; *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 F.C.C. Rcd. 14014, 14091-4093 (2003); *see also In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C. Rcd. 559, 562-63 (2008).

## CREDIT MANAGEMENT'S CALLS TO TSC

18. On or around March 14, 2014, Credit Management began calling telephone numbers to which TSC was the subscriber (the "TSC Numbers").

19. The TSC Numbers are identified in Exhibit A and are part of the TSC "honeypot."

20. TSC was the subscriber to each TSC Number Credit Management called at the time of the call.

21. TSC continues to subscribe to each TSC Number.

22. Prior to the time when Credit Management began calling the TSC Numbers, TSC had not provided express consent to Credit Management to call any TSC Number.

23. At no time after Credit Management began calling the TSC Numbers has TSC provided express consent to Credit Management to call any TSC Number.

24. Each TSC Number is assigned to a telephone service for which TSC is charged for the call.

25. As of the date on which this complaint is being filed, Credit Management placed approximately 7,178 telephone calls to the TSC Numbers using a predictive dialer and/or an artificial or prerecorded voice.

26. On June 12, 2015, TSC provided Credit Management with notice of this claim and identified the TSC telephone numbers that Credit Management had been calling up to that time.

27. Notwithstanding that notice, from June 16, 2015 through July 13, 2015, Credit Management continued to call at least thirty-five (35) of the TSC telephone numbers that TSC had identified for Credit Management as belonging to TSC.

## APPLICABLE LAW

28. Senator Fritz Hollings, the original sponsor of the TCPA, stated:

    Computerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall.

    137 Cong. Rec. 30,821 (1991).

29. The TCPA defines an automatic telephone dialing system ("ATDS") as "equipment which has the capacity…(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." 47 U.S.C. § 227(a)(1).

30. A predictive dialer is an ATDS within the meaning of the TCPA. *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Declaratory Ruling and Order, adopted June 18, 2015, p. 13, ¶ 13; *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 F.C.C. Rcd. 14014, 14091-4093 (2003); see also *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C. Rcd. 559, 562-63 (2008).

31. Moreover, Credit Management's predictive dialer has been held to be an ATDS within the meaning of the TCPA. *See Heather Brown v. Credit Mgmt., LP*, Case No. 14-cv-02274-TWT-AJB (N.D. Ga.) (Doc. No. 63).

32. The TCPA provides, in part:

    (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—

       (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

          (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

> \* \* \*
>
> > (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or ***any service for which the called party is charged for the call***…
>
> > (D) to use an automatic telephone dialing system in such a way that two or more telephone lines of a multi-line business are engaged simultaneously.
>
> 47 U.S.C. §§ 227(b)(1)(A)(iii) and 227(b)(1)(D) (emphasis added).

33. The term "called party," as used in Section 227(b)(1)(A) of the TCPA, refers to the person or entity subscribing to the called number at the time the telephone call is made. *Zyboro v. NCSPlus, Inc.*, 44 F. Supp. 3d 500, 504 (S.D.N.Y. 2014); *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Declaratory Ruling and Order, adopted June 18, 2015, pp 40-41, ¶ 73.

34. Any consent that may have been previously given as to a called telephone number lapses when that number is reassigned. *Sterling v. Mercantile Adjustment Bureau, LLC*, 2013 U.S. Dist. LEXIS 186432, *6-7 (W.D.N.Y. Nov. 22, 2013).

35. A caller that places calls to a reassigned telephone number without the express consent of the called party is deemed to have "constructive knowledge" of the reassignment after one phone call has been placed to that reassigned number. *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Declaratory Ruling and Order, adopted June 18, 2015, p. 40, ¶ 72.

36. TSC was the "called party" in each telephone call Credit Management placed to a TSC Number. *See Telephone Science Corp. v. Trading Advantage, LLC*, 2015 U.S. Dist. LEXIS 18591, *3 (N.D. Ill. Feb. 17, 2015) (based on unambiguous language in TCPA, "TSC's allegations fall within the statutory prohibition of § 227(b)(1)(A)(iii)").

## COUNT ONE

### Violation of the Telephone Consumer Protection Act

37. Plaintiff re-alleges and incorporates by reference Paragraphs 5 through 36 above as if fully set forth herein.

38. Credit Management negligently violated 47 U.S.C. § 227(b)(1)(A) on multiple and separate occasions by using an ATDS and/or an artificial or prerecorded voice to call TSC at a telephone number assigned to a service for which TSC is charged for the call without TSC's prior express consent.

## COUNT TWO

### Willful and Knowing Violation of the Telephone Consumer Protection Act

39. Plaintiff re-alleges and incorporates by reference Paragraphs 5 through 36 above as if fully set forth herein.

40. The TCPA provides, in part:

> If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

47 U.S.C. § 227(b)(3).

41. The Communications Act of 1943, of which the TCPA is a part, defines "willful" as "the conscious or deliberate commission or omission of such act, irrespective of any intent to violate any provision[], rule or regulation...." 47 U.S.C. § 312(f).

42. In order to establish a "willful" or "knowing" violation of the TCPA, a plaintiff need not demonstrate that the defendant intended to violate the statute, or that it knew or should have known it was violating the statute. *See Roylance v. ALG Real Est. Servs., Inc.* 2015 U.S. Dist. LEXIS 44930, *31 (N.D. Cal. Mar. 16, 2015); *Bridgeview Health Care Ctr. Ltd. v.*

*Clark*, 2013 U.S. Dist. LEXIS 37310, *21-22 (N.D. Ill. Mar. 19, 2013); *Steward v. Regent Asset Mgmt. Solutions, Inc.*, 2011 U.S. Dist. LEXIS 50046, *18-20 (N.D. Ga. 2011).

43. Instead, a plaintiff need only show that the defendant engaged in a "voluntary act" that violated the TCPA.  *See Bridgeview*, 2013 U.S. Dist. LEXIS, at *21-22; *see also Roylance*, 2015 U.S. Dist. LEXIS, at *31 (intentionally making phone calls that violated TCPA, without intent to violate the statute, was sufficient to warrant treble damages).

44. Credit Management voluntarily placed telephone calls to the TSC Numbers using an ATDS and/or an artificial or prerecorded voice.

45. Moreover, Credit Management continued to call at least thirty-five (35) of the TSC telephone numbers that TSC had identified for Credit Management as belonging to TSC on June 12, 2015.

46. In addition, a company that places telephone calls using an ATDS and/or an artificial or prerecorded voice bears a responsibility to place intermittent live verification calls to ensure the subscriber being called has provided his or her express consent to be called.  *See Sterling*, 2013 U.S. Dist. LEXIS 186432, at *8; *Breslow v. Wells Fargo Bank, N.A.*, 857 F. Supp. 1316, 1322 (S.D. Fla 2012).

47. Credit Management failed to adequately place intermittent live verification calls to the TSC Numbers to ensure that TSC had provided its express consent to Credit Management to call those telephone numbers.

48. Credit Management willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A) on multiple and separate occasions by using an ATDS and/or an artificial or prerecorded voice to call TSC at a telephone number assigned to a service for which TSC is charged for the call without TSC's prior express consent.

## **JURY DEMAND**

49. Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

50. Plaintiff prays for the following relief:

    a. An order enjoining Defendant from placing further telephone calls to the TSC Numbers pursuant to 47 U.S.C. § 227(b)(3).

    b. Judgment against Defendant for statutory damages pursuant to 47 U.S.C. § 227(b)(3) for each and every call Defendant made in violation of the TCPA.

    c. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA


By: /s/ Christopher P. McDonnell
One of Plaintiff's Attorneys

Date: July 14, 2015

*Of Counsel*
Christopher P. McDonnell, Esq.
146-26 35 Avenue
Flushing , NY  11354
Telephone: (917) 741-1388
Email: Christopher.Mcdonnell@csi.Cuny.Edu

## Exhibit A to Complaint – TSC Numbers

1. (203) 297-6311
2. (205) 210-4637
3. (205) 409-7989
4. (205) 533-9488
5. (205) 588-1383
6. (206) 438-9162
7. (206) 971-6372
8. (206) 971-6934
9. (208) 240-6081
10. (208) 240-6132
11. (208) 297-2521
12. (208) 297-5827
13. (208) 350-6687
14. (208) 402-5870
15. (208) 413-6044
16. (208) 413-6061
17. (208) 413-6122
18. (208) 413-6515
19. (208) 417-0517
20. (208) 419-0596
21. (208) 629-0424
22. (208) 629-0481
23. (208) 639-2555
24. (208) 647-0606
25. (208) 881-0207
26. (208) 904-2926
27. (208) 904-3234
28. (208) 904-4846
29. (208) 908-6638
30. (208) 922-6193
31. (208) 957-5870
32. (209) 222-4612
33. (210) 390-1491
34. (213) 785-3421
35. (215) 789-4876
36. (217) 267-5094
37. (219) 246-2415
38. (224) 223-1114
39. (228) 202-5222
40. (228) 205-0551
41. (228) 205-2011
42. (228) 205-3499
43. (228) 205-3748
44. (228) 205-4653
45. (228) 215-0970
46. (228) 273-4454
47. (231) 981-5049
48. (248) 233-2072
49. (248) 438-8059
50. (254) 771-0136
51. (256) 297-2318
52. (256) 297-2386
53. (256) 297-2466
54. (256) 297-2497
55. (256) 320-2358
56. (256) 344-0357
57. (256) 398-3193
58. (256) 399-0871
59. (256) 399-0875
60. (256) 399-4411
61. (256) 399-4655
62. (256) 399-4700
63. (256) 474-0638
64. (256) 727-5476
65. (256) 867-4485
66. (260) 301-5301
67. (260) 517-0196
68. (262) 476-0203
69. (262) 672-6601
70. (267) 296-8334
71. (269) 204-2872
72. (269) 216-6480
73. (269) 355-6170
74. (269) 558-4025
75. (270) 908-4721
76. (301) 358-9190
77. (301) 760-3287
78. (301) 850-1556
79. (302) 294-0170
80. (302) 526-4332
81. (302) 565-4000
82. (310) 692-7076
83. (310) 879-5527
84. (312) 445-0014
85. (313) 228-3506
86. (313) 279-0610
87. (313) 425-8211
88. (315) 235-1546
89. (318) 450-3474
90. (321) 250-2180
91. (321) 285-2510
92. (323) 306-2674
93. (323) 306-2773
94. (323) 419-0283
95. (323) 736-5677
96. (323) 844-0653
97. (323) 844-0687
98. (323) 909-4424
99. (330) 423-6935
100. (334) 218-3513
101. (336) 506-6105
102. (336) 793-1469
103. (347) 756-4390
104. (360) 707-7378
105. (361) 226-1376
106. (361) 226-3124
107. (361) 226-4915
108. (361) 238-2049
109. (361) 238-4456
110. (361) 482-0113
111. (361) 482-0530
112. (361) 528-6169
113. (361) 551-0032
114. (361) 551-0313
115. (361) 633-6133
116. (404) 238-7037
117. (404) 996-1105
118. (405) 395-4424
119. (410) 286-1556
120. (410) 394-9226
121. (410) 695-3093
122. (410) 695-3637
123. (412) 265-4376
124. (417) 553-4316
125. (417) 553-4385
126. (417) 553-7223
127. (417) 553-7527
128. (417) 553-7537
129. (417) 622-0424
130. (432) 296-5587
131. (432) 296-6249
132. (432) 614-0355
133. (432) 934-0563
134. (440) 290-4069
135. (443) 577-4982
136. (443) 679-5346
137. (469) 530-3720
138. (478) 387-0445

# Exhibit A to Complaint – TSC Numbers

| | | |
|---|---|---|
| 139. (501) 205-4929 | 185. (607) 533-6411 | 231. (724) 498-4768 |
| 140. (505) 206-5075 | 186. (608) 234-4458 | 232. (724) 576-4499 |
| 141. (505) 514-0449 | 187. (614) 759-6270 | 233. (724) 638-4312 |
| 142. (505) 796-4908 | 188. (615) 224-8367 | 234. (724) 784-8115 |
| 143. (505) 908-3786 | 189. (616) 244-2008 | 235. (724) 954-3109 |
| 144. (509) 295-8090 | 190. (616) 548-5387 | 236. (731) 325-5512 |
| 145. (512) 358-4185 | 191. (618) 219-8233 | 237. (731) 325-5894 |
| 146. (512) 382-9977 | 192. (618) 882-5417 | 238. (731) 334-5698 |
| 147. (512) 772-3346 | 193. (620) 412-2532 | 239. (731) 882-1745 |
| 148. (512) 772-4030 | 194. (620) 412-9468 | 240. (731) 882-4447 |
| 149. (512) 782-8667 | 195. (620) 412-9500 | 241. (732) 408-6356 |
| 150. (512) 928-3006 | 196. (620) 717-4464 | 242. (740) 314-4435 |
| 151. (513) 259-2088 | 197. (626) 325-0210 | 243. (740) 835-4620 |
| 152. (513) 392-4271 | 198. (626) 551-4286 | 244. (773) 280-5618 |
| 153. (517) 213-4036 | 199. (626) 689-4162 | 245. (775) 473-2007 |
| 154. (517) 213-4050 | 200. (626) 802-5851 | 246. (801) 528-3375 |
| 155. (517) 507-5881 | 201. (646) 374-2385 | 247. (802) 552-4554 |
| 156. (517) 554-5100 | 202. (662) 307-2297 | 248. (803) 349-4758 |
| 157. (517) 568-1077 | 203. (662) 570-1801 | 249. (803) 636-8612 |
| 158. (517) 568-1091 | 204. (662) 570-4325 | 250. (810) 356-5047 |
| 159. (517) 628-5422 | 205. (662) 570-4758 | 251. (810) 547-5015 |
| 160. (517) 858-0074 | 206. (662) 594-4064 | 252. (812) 291-5181 |
| 161. (517) 858-0117 | 207. (662) 618-6206 | 253. (812) 420-1857 |
| 162. (517) 879-1601 | 208. (662) 644-4295 | 254. (813) 375-0000 |
| 163. (517) 969-9122 | 209. (662) 649-6562 | 255. (814) 290-6044 |
| 164. (517) 969-9133 | 210. (662) 763-3420 | 256. (814) 313-1249 |
| 165. (561) 283-0161 | 211. (662) 763-3452 | 257. (814) 359-7041 |
| 166. (561) 283-1325 | 212. (662) 766-4022 | 258. (814) 791-1052 |
| 167. (573) 298-6411 | 213. (662) 766-4036 | 259. (815) 401-0831 |
| 168. (574) 217-0264 | 214. (678) 967-4664 | 260. (817) 803-4389 |
| 169. (574) 807-9306 | 215. (701) 540-4013 | 261. (818) 293-0746 |
| 170. (575) 208-0184 | 216. (703) 659-1710 | 262. (818) 824-6435 |
| 171. (575) 208-0517 | 217. (704) 288-0544 | 263. (818) 921-4506 |
| 172. (575) 208-0550 | 218. (704) 461-0210 | 264. (830) 214-1728 |
| 173. (575) 208-0661 | 219. (704) 994-8650 | 265. (843) 206-0617 |
| 174. (575) 208-0792 | 220. (706) 391-4482 | 266. (843) 420-1957 |
| 175. (575) 208-0942 | 221. (708) 459-8190 | 267. (843) 461-4752 |
| 176. (575) 208-2142 | 222. (708) 972-0216 | 268. (843) 485-0452 |
| 177. (580) 301-7174 | 223. (717) 387-7052 | 269. (850) 391-2849 |
| 178. (580) 303-4114 | 224. (717) 486-5998 | 270. (850) 851-0357 |
| 179. (580) 303-4946 | 225. (718) 354-8075 | 271. (859) 904-4378 |
| 180. (580) 303-7561 | 226. (718) 577-5153 | 272. (864) 214-2148 |
| 181. (580) 303-7831 | 227. (719) 387-7907 | 273. (864) 214-2337 |
| 182. (580) 832-0085 | 228. (724) 409-4234 | 274. (864) 214-2339 |
| 183. (580) 832-0873 | 229. (724) 472-4173 | 275. (864) 214-7903 |
| 184. (602) 910-2784 | 230. (724) 498-0116 | 276. (864) 214-7953 |

## Exhibit A to Complaint – TSC Numbers

277. (864) 438-3056
278. (870) 229-0263
279. (870) 229-0722
280. (870) 330-9461
281. (870) 330-9559
282. (870) 474-0390
283. (888) 603-3153
284. (888) 736-2494
285. (901) 457-5825
286. (903) 306-1705
287. (903) 328-6841
288. (903) 337-1431
289. (903) 337-1440
290. (903) 449-4268
291. (903) 482-4039
292. (903) 532-0271
293. (903) 771-0794
294. (903) 771-0842
295. (903) 771-4141
296. (904) 638-7128
297. (904) 674-3691
298. (906) 475-8354
299. (908) 617-0058
300. (908) 752-4282
301. (909) 295-7513
302. (910) 506-3113

303. (913) 828-4345
304. (913) 828-4533
305. (918) 716-9239
306. (918) 919-0027
307. (918) 919-0613
308. (920) 319-8377
309. (928) 224-4314
310. (928) 237-1128
311. (928) 237-1771
312. (928) 237-4903
313. (928) 237-5590
314. (928) 239-4449
315. (928) 251-1983
316. (928) 277-1657
317. (928) 297-0584
318. (928) 358-4237
319. (928) 358-5577
320. (928) 457-0586
321. (928) 852-0426
322. (928) 852-7336
323. (931) 347-2426
324. (931) 347-4261
325. (931) 548-1274
326. (936) 465-9715
327. (937) 401-0235
328. (937) 595-0466

329. (940) 228-1058
330. (954) 687-0306
331. (954) 687-0808
332. (972) 200-0660
333. (972) 388-3602
334. (972) 893-1533
335. (985) 227-4607
336. (989) 339-3031
337. (989) 424-5074
338. (989) 433-6266
339. (989) 488-2091
340. (989) 488-2145
341. (989) 488-2546
342. (989) 546-4817
343. (989) 546-4897
344. (989) 546-5010
345. (989) 546-5160
346. (989) 546-5358
347. (989) 607-2552
348. (989) 681-1688
349. (989) 741-9011
350. (989) 741-9201
351. (989) 853-2003
352. (989) 853-2035
353. (989) 863-4290