UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 13 2017 ★
LONG ISLAND OFFICE

Telephone Science Corporation,

      Plaintiff,

 -against-

Credit Management, LP,

      Defendant.
-------------------------------------------------------X

Case No. 2:15-CV-4122-LDW-ARL

NOTICE OF
VOLUNTARY DISMISSAL
PURSUANT TO RULE 41

  Plaintiff, Telephone Science Corporation, hereby advises the Court and Defendant, Credit Management, LP, that it is voluntarily dismissing this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff is permitted to file this notice of voluntary dismissal because Defendant has not filed an answer or motion for summary judgment in response to Plaintiff's complaint. *Case Closed.*

            RESPECTFULLY SUBMITTED,

            Hyslip & Taylor, LLC LPA

Date: January 10, 2017     By: /s/ David M. Menditto
            One of Plaintiff's Attorneys

*Of Counsel*
Christopher P. McDonnell, Esq.
New York Bar No. 5170279
146-26 35th Avenue
Flushing , NY 11354
(P): (917) 741-1388
(E) Christopher.Mcdonnell@csi.Cuny.Edu

*Pro Hac Vice Counsel*
David M. Menditto, Esq.
Illinois Bar No. 6216541
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
(P) (312) 380-6110
(F) (312) 361-3509
(E) davidm@fairdebt411.com

So Ordered:
Central Islip, NY
January 13, 2017

/s/ LEONARD D. Wexler
LEONARD D. WEXLER, USDJ

-1-